# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MELANIE DAVIS,<br><br>　　　　Plaintiff,<br><br>v.<br><br>MUTUAL INVESTORS, INC.,<br><br>　　　　Defendant. | Case No. 8:17-cv-00450-RFR-MDN<br><br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE** |

COME NOW, Plaintiff, MELANIE DAVIS, and Defendant, MUTUAL INVESTORS, INC., each by and through their respective counsel, and hereby jointly stipulate and agree that the above-captioned matter, including each of the claims and defenses asserted therein, should be dismissed with prejudice, each party to bear their own fees and costs, complete record waived.

DATED this 23rd day of July, 2018.

| MELANIE DAVIS, Plaintiff | MUTUAL INVESTORS, INC, Defendant |
|---|---|
| By: s/ Padragin L. Browne<br>　　Padraigin L. Browne (MN Bar # 389962)<br>　　Browne Law LLC<br>　　8530 Eagle Point Blvd Suite #100<br>　　Lake Elmo, MN 55042<br>　　E-mail: paddy@brownelawllc.com<br>　　Phone: (612) 293-4805<br>　　*Counsel for Plaintiff* | By: s/ Justin D. Eichmann<br>　　Justin D. Eichmann - #22405<br>　　HOUGHTON BRADFORD WHITTED PC LLO<br>　　6457 Frances Street, Suite 100<br>　　Omaha, Nebraska 68106<br>　　(402) 344-4000 | (402) 930-1099 Fax<br>　　jeichmann@houghtonbradford.com<br>　　*Counsel for Defendant* |

## CERTIFICATE OF SERVICE

　　I hereby certify that on July 23, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to Padraigin L. Browne at paddy@brownelawllc.com.

　　　　　　　　　　　　　　　　　　　　　　　　　s/ Justin D. Eichmann
　　　　　　　　　　　　　　　　　　　　　　　　Justin D. Eichmann

3825-0009.00461471